UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY WRIGHT,

       Plaintiff,

  v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

Case No. 13-13191

Honorable Patrick J. Duggan

Magistrate Judge Mona K. Majzoub

## OPINION AND ORDER

On July 25, 2013, Plaintiff Kimberly Wright, who is proceeding *pro se*, filed this lawsuit challenging a final decision of the Commissioner of Social Security denying Plaintiff's application for supplemental security income under Title XVI of the Social Security Act. The same day, the lawsuit was referred to Magistrate Judge Mona K. Majzoub for all pretrial matters proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). On December 18, 2013, the Court received two letters from Plaintiff: one written by Plaintiff and the other by Plaintiff's sister. The letters do not challenge any specific findings of the Administrative Law Judge's ("ALJ") adverse determination. After a series of

extensions, Defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 on May 19, 2014. On June 30, 2014, Magistrate Judge Majzoub issued an R&R recommending that this Court grant Defendant's motion.

In her R&R, Magistrate Judge Majzoub reviews the ALJ's determination and considers the content of the letters submitted by Plaintiff before concluding that there was substantial evidence in the record to support the ALJ's determination that Plaintiff was not under a disability as that term is used in the Social Security Act. At the conclusion of the R&R, Magistrate Judge Majzoub advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. She further specifically advises the parties that the "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Majzoub. The Court therefore adopts Magistrate Judge Majzoub's June 30, 2014 Report and Recommendation. On a final note, the Court realizes that Plaintiff elected to represent herself throughout the course of her social security proceedings and points out that this may have impacted the strength of Plaintiff's case. Plaintiff should note that she is not precluded from reapplying for social security benefits.

Accordingly,

**IT IS ORDERED** that Defendant's motion for summary judgment is **GRANTED**.

Dated: September 8, 2014

                                                 s/Patrick J. Duggan
                                                 PATRICK J. DUGGAN
                                                 UNITED STATES DISTRICT JUDGE

Copies to:

**Kimberly Wright**
32149 Beverly Road
Romulus, MI 48171

**Meghan O'Callaghan, Esq.**
**Vanessa Miree Mays, AUSA**
**Magistrate Judge Mona K. Majzoub**